AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Hazel Tucker

v.

Jo Anne B. Barnhart

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 5094

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Claimant's motion for summary judgment is granted, and the commissioner's motion for summary judgment is denied. This case is remanded to the Commissioner for further proceedings beginning at step two not inconsistent with this opinion.

Michael W. Dobbins, Clerk of Court

Date: 4/8/2004

Donna Kuempel, Deputy Clerk